## Ochran, Appellant, *v.* United States Steel Corporation.

Argued November 14, 1966. *Kenneth J. Yablonski*, for appellant; *Benjamin Diamond*, Special Assistant Attorney General, with him *Clyde M. Hughes, Jr.*, Assistant Attorney General, and *Edward Friedman*, Attorney General, for Commonwealth, appellee.

Order affirmed.

## Pilipovich *v.* Eger et ux., Appellants.

Argued November 17, 1966. *Daniel J. Snyder*, for appellants; *A. C. Scales*, with him *Scales and Shaw*, for appellees.

Judgments affirmed.

## Popeck et al., Appellants, *v.* Kairys.

Argued November 16, 1966. *Richard DiSalle*, with him *George J. Modrak*, for appellants; *Adolph L. Zeman*, with him *Robert L. Zeman*, and *Zeman and Zeman*, for appellees.

Order affirmed.